**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DANTE MORRIS FOREIGN TRUST VESSAL, | : | Civil No. 10-1757 (RBK) |
| Petitioner, | : | **ORDER** |
| v. | : | |
| F.C.I. FORT DIX, | : | |
| Respondents. | : | |

| | | |
|---|---|---|
| DANTE MORRIS, | : | Civil No. 10-1802 (RBK) |
| Petitioner, | : | **ORDER** |
| v. | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| Respondents. | : | |

| | | |
|---|---|---|
| DANTE MORRIS, | : | Civil No. 10-3784 (RBK) |
| Petitioner, | : | **ORDER** |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this __28__ day of __April__, 2011,

ORDERED that the Petitions for a Writ of Habeas Corpus in Civil Nos. 10-1757 (RBK) and 10-1802 (RBK) are DISMISSED for lack of jurisdiction; and it is further

ORDERED that the motion to vacate under 28 U.S.C. § 2255 is DISMISSED for lack of jurisdiction; and it is further

ORDERED that a certificate of appealability is DENIED; and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon the parties, and shall close the file.

_____
**ROBERT B. KUGLER, U.S.D.J.**